DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@KGElegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@KGElegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@KGElegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERIQUEST MORTGAGE SECURITIES INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-R10,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; NORTHBROOK HOMEOWNERS ASSOCIATION, INC.; and HOMEOWNER ASSOCIATION SERVICES, INC.,<br><br>Defendants.<br><br>SFR INVESTMENTS POOL 1, LLC,<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERIQUEST MORTGAGE SECURITIES INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-R10; JESSE DAHILIG, an individual; LORRAINE DAHILIG, an individual,<br><br>Counter/Cross Defendants. | Case No. 2:17-cv-00457-KJD-GWF<br><br>**ORDER GRANTING MOTION TO SERVE JESSE DAHILIG BY PUBLICATION**<br><br>**-and-**<br><br>**ORDER GRANTING MOTION TO ENLARGE TIME TO SERVE SUMMONS AND CROSS-CLAIM** |

- 1 -

Upon reading the Affidavit of Due Diligence; it appearing that an Answer, Counterclaim, and Cross-Claim has been filed; that a Summons directed to Cross-Defendant, JESSE DAHILIG has been issued [ECF No. 19]; that Cross-Defendant, Dahilig is a necessary party; and that Cross-Defendant Dahilig cannot be found to be personally served in the State of Nevada, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that since the Cross-Defendant, JESSE DAHILIG, cannot now be found so as to be personally served, he may be served by publication of the Summons at least once a week for four (4) weeks in the Nevada Legal News, a newspaper of general circulation.

**IT IS FURTHER ORDERED** that a copy of the Summons and Answer, Counterclaim, and Cross-Claim shall be mailed forthwith to Cross-Defendant Dahilig, first class mail, postage prepaid, addressed to the Cross-Defendant's last known address.

**IT IS FURTHER ORDERED** that SFR's Motion to Enlarge Time to Serve is GRANTED and the time for service is extended by an additional 60 days from the date of this order is entered to allow SFR Investments Pool 1, LLC ("SFR") to effectuate service by publication.

Dated this 20th day of _____July_____, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

**KIM GILBERT EBRON**

*/s/Diana Cline Ebron*
Diana Cline Ebron, Esq.
Nevada Bar No. 10580
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
Karen L. Hanks, Esq.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada  89139
Phone: (702) 485-3300
Fax:    (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*