WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rjung@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-R10*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERIQUEST MORTGAGE SECURITIES INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-R10, <br><br> Plaintiff, <br><br> vs. <br><br> SFR INVESTMENTS POOL 1, LLC; NORTHBROOK HOMEOWNERS ASSOCIATION, INC.; and HOMEOWNER ASSOCIATION SERVICES, INC., <br><br> Defendants. | Case No.: 2:17-cv-00457-KJD-GWF <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR THE PARTIES TO FILE OPPOSITIONS TO MOTIONS FOR SUMMARY JUDGMENT** <br><br> **FIRST REQUEST** |
| SFR INVESTMENTS POOL 1, LLC, <br><br> Counter/Cross Claimant, <br><br> vs. <br><br> DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERIQUEST MORTGAGE SECURITIES INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-R10.; JESSE DAHILIG, an individual; LORRAINE DAHILIG, an individual, <br><br> Counter/Cross Defendants. | |

COMES NOW Plaintiff/Counter-defendant, Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-R10 (hereinafter "Deutsche Bank"), Defendant, Northbrook Homeowners Association, Inc. ("Northbrook"), and Defendant/Counter-claimant SFR Investments Pool 1, LLC ("SFR"), by and through their respective counsel of record, and hereby agree and stipulate as follows:

1. Plaintiff filed its Motion for Summary Judgment [ECF 42] on December 15, 2017, and responses thereto are due on January 5, 2018;

2. Northbrook filed its Motion for Summary Judgment [ECF 43] on December 15, 2017, and responses thereto are due on January 5, 2018;

3. SFR filed its Motion for Summary Judgment [ECF 44] on December 15, 2017; , and responses thereto are due on January 5, 2018;

4. Northbrook filed its Response in Opposition to Deutsche Bank's Motion for Summary Judgment [ECF 45] on December 29, 2017;

5. The current deadline to file Oppositions to the pending Motions for Summary Judgment is January 5, 2018;

6. The Parties agree to extend the deadlines to file any remaining Oppositions from January 5, 2018 to January 19, 2018;

7. The Parties further agree to extend the deadlines to file Replies in Support of their Respective Motions from January 19, 2018 to February 2, 2018.

8. This extension is requested due to the holiday schedule in which counsel for the parties would be absent from work due to the closure of their respective offices in observance of the Christmas and New Year's Day holidays.

///

///

///

///

9.  This is the parties' first request for extension of this deadline, and is not intended to cause any delay or prejudice to any party.

IT IS SO STIPULATED.

DATED this  5th  day of January, 2018.

WRIGHT FINLAY & ZAK, LLP

/s/ Rock K. Jung, Esq.
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Attorneys for Plaintiff and Counter-Defendant Nationstar Mortgage, LLC*

DATED this  5th  day of January, 2018.

GORDON REES SCULLY MANSUKHANI, LLP

*/s/ David T. Gluth, Esq.*
Robert S. Larsen, Esq.
Nevada Bar No. 7785
David T. Gluth, Esq.
Nevada Bar No. 10596
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
*Attorneys for Northbrook Homeowners Association, Inc.*

DATED this  5th  day of January, 2018.

KIM GILBERT EBRON

*/s/ Diane S. Ebron, Esq.*
Diane S. Ebron, Esq.
Nevada Bar. No. 10580
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
Karen L. Hanks, Esq.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139
*Attorneys for SFR Investments Pool 1, LLC*

**ORDER**

DATED THIS  9th  DAY OF January, 2018.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE