WRIGHT, FINLAY & ZAK, LLP
Robert A. Riether, Esq.
Nevada Bar No. 12076
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rjung@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-R10*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERIQUEST MORTGAGE SECURITIES INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-R10,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; NORTHBROOK HOMEOWNERS ASSOCIATION, INC.; and HOMEOWNER ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:17-cv-00457-KJD-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR THE PARTIES TO FILE REPLIES IN SUPPORT OF RENEWED MOTIONS FOR SUMMARY JUDGMENT**<br><br>**FIRST REQUEST** |
| SFR INVESTMENTS POOL 1, LLC,<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERIQUEST MORTGAGE SECURITIES INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-R10.; JESSE DAHILIG, an individual; LORRAINE DAHILIG, an individual,<br><br>Counter/Cross Defendants. | |

COMES NOW Plaintiff/Counter-defendant, Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-R10 (hereinafter "Deutsche Bank"), Defendant, Northbrook Homeowners Association, Inc. (hereinafter "Northbrook HOA"), and Defendant/Counter-claimant SFR Investments Pool 1, LLC (hereinafter "SFR") (collectively referred to as the "Parties"), by and through their respective counsel of record, and hereby agree and stipulate as follows:

1. SFR filed their Response to Northbrook HOA's Renewed Motion for Summary Judgment [ECF. No. 68] and Deutsche Bank filed their Opposition to Northbrook HOA's Renewed Motion for Summary Judgment [ECF No. 69], respectively, on December 19, 2018, and Replies thereto are due by January 2, 2019;

2. Deutsche Bank filed its Opposition to SFR's Renewed Motion for Summary Judgment [ECF No. 70] on December 21, 2018, and Replies thereto are due by January 4, 2019.

3. SFR filed its Opposition to Deutsche Bank's Renewed Motion for Summary Judgment [ECF No. 71] on December 21, 2018, and Replies thereto are due by January 4, 2019;

4. Northbrook HOA filed its Response in Opposition to Deutsche Bank's Renewed Motion for Summary Judgment [ECF No. 72] on December 21, 2018, and Replies thereto are due by January 4, 2019;

5. The Parties agree to extend the deadline for the Parties to file their respective Replies to SFR's Response to Northbrook HOA's Renewed Motion for Summary Judgment [ECF. No. 68], Deutsche Bank's Opposition to Northbrook HOA's Renewed Motion for Summary Judgment [ECF No. 69] and Opposition to SFR's Renewed Motion for Summary Judgment [ECF No. 70], SFR's Opposition to Deutsche Bank's Renewed Motion for Summary Judgment [ECF No. 71], and Northbrook HOA's Response in Opposition to Deutsche Bank's Renewed Motion for Summary Judgment [ECF No. 72] to **January 11, 2019**.

6. This extension is requested due to the holiday schedule in which counsel for the Parties would be absent from work due to the closure of their respective offices in observance of the Christmas and New Year's Day holidays.

7. This is the parties' first request for extension of this deadline, and is not intended to cause any delay or prejudice to any party.

IT IS SO STIPULATED.

DATED this 27th day of December, 2018.    DATED this 27th day of December, 2018.

WRIGHT FINLAY & ZAK, LLP                   GORDON REES SCULLY
                                           MANSUKHANI, LLP

/s/ Rock K. Jung, Esq.                     /s/ David T. Gluth, Esq.
Robert A. Riether, Esq.                    Robert S. Larsen, Esq.
Nevada Bar No. 12076                       Nevada Bar No. 7785
Rock K. Jung, Esq.                         David T. Gluth, Esq.
Nevada Bar No. 10906                       Nevada Bar No. 10596
7785 W. Sahara Ave., Suite 200             300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89117                    Las Vegas, Nevada 89101
*Attorneys for Plaintiff and Counter-Defendant*    *Attorneys for Northbrook Homeowners Association, Inc.*
*Nationstar Mortgage, LLC*


DATED this 27th day of December, 2018.

KIM GILBERT EBRON

/s/ Diana S. Ebron, Esq.
Diana S. Ebron, Esq.
Nevada Bar. No. 10580
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
Karen L. Hanks, Esq.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139
*Attorneys for SFR Investments Pool 1, LLC*

## **ORDER**

DATED THIS 27th day of December, 2018.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE