# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee,<br><br>Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, *et al.*,<br><br>Defendants. | Case No. 2:17-cv-0457-KJD-EJY<br><br>**ORDER** |

Before the Court is Defendant SFR Investments Pool 1, LLC's unopposed Request for Entry of Judgment (ECF No. 93). On September 9, 2019, the Court entered partial summary judgment in favor of SFR Investments on its quiet title and declaratory judgment counterclaims against Plaintiff Deutsche Bank. Order Granting Summ. J. 14, ECF No. 86. The Court found that Northbrook Homeowner Association's nonjudicial foreclosure extinguished Deutsche Bank's deed of trust in a property located at 4401 Sparkle Crest Avenue in North Las Vegas, Nevada. Id. The only remaining claim after summary judgment was Deutsche Bank's unjust enrichment claim, which involved the bank allegedly continuing to pay the property taxes after its interest was extinguished. The parties have since settled that claim. See Stip. to Dismiss 3, ECF No. 91. The Court dismissed the unjust enrichment claim on November 8, 2019 (ECF No. 92), and SFR Investments' request for judgment followed.

///
///
///
///
///

Having dismissed the parties' only remaining claim, the Court **GRANTS** SFR Investments Pool 1, LLC's Request for Entry of Judgment (ECF No. 93) and **DIRECTS** the Clerk of Court to **ENTER JUDGMENT** in favor of SFR Investments Pool 1, LLC on its quiet title and declaratory relief counterclaim consistent with the Court's September 9, 2019 order (ECF No. 86).

Dated this 12th day of December, 2019.

_____
Kent J. Dawson
United States District Judge