WRIGHT, FINLAY & ZAK, LLP
Robert A Riether, Esq.
Nevada Bar No. 12076
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rriether@wrightlegal.net
*Attorneys for Plaintiff/Counter/Cross-Defendant, Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-R10*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERIQUEST MORTGAGE SECURITIES INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-R10,<br><br>  Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; NORTHBROOK HOMEOWNERS ASSOCIATION, INC.; and HOMEOWNER ASSOCIATION SERVICES, INC.,<br><br>  Defendants.| Case No.:  2:17-cv-00457-KJD-GWF<br><br>**ORDER RELEASING SECURITY BOND** |
| SFR INVESTMENTS POOL 1, LLC,<br><br>  Counter/Cross Claimant,<br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERIQUEST MORTGAGE SECURITIES INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-R10.; JESSE DAHILIG, an individual; LORRAINE DAHILIG, an individual, | |

Counter/Cross Defendants.

## ORDER RELEASING SECURITY BOND

Plaintiff/Counter/Cross-Defendant, Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-R10 ("Deutsche Bank"), by and through its counsel of record, Robert A. Riether, Esq., of the law firm of Wright, Finlay & Zak, LLP, opened this case by filing a complaint on February 10, 2017 (ECF No. 1). Deutsche Bank also filed a certificate of cash deposit of $500 pursuant to NRS 18.130(1) on April 4, 2017 (ECF No. 11). The U.S. Court of Appeals for the Ninth Circuit granted Deutsche Bank's Motion to Dismiss Appeal, and the Order was filed in this case on March 3, 2020 (ECF No. 98).

**IT IS ORDERED** that the $500 deposit, plus interest, be refunded in accordance with the certificate of cash deposit, ECF No. 11, to:

> WRIGHT, FINLAY & ZAK, LLP
> 7785 W. Sahara Ave., Suite 200
> Las Vegas, NV 89117

unless a party objects to this order by no later than 10 days.

Dated this 20th day of May, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE